**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:07CR00189-01 JLH<br>NO. 4:07CR00272-04 JMM | |
| AMELIA ANN HARRIS | DEFENDANT |

## ORDER

Pending before the Court is the government's unopposed Motion to Consolidate Cases for sentencing. The motion is GRANTED. Docket #36. Sentencing in the above referenced matters will be handled by the undersigned. Upon completion of the presentence report, a sentencing date will be set.

IT IS SO ORDERED this 29th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE