**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                              No. 4:07CR00189 JLH
                                No. 4:07CR00272-04 JLH

AMELIA ANN HARRIS                                                                                            DEFENDANT

**ORDER**

Amelia Ann Harris has filed a motion for appointment of counsel and a motion to proceed *in forma pauperis*. It appears from reviewing her motions that she intends to file a motion for post-conviction relief, but she has not yet done so.

The motion for leave to proceed *in forma pauperis* is GRANTED. Document #62. If Harris wishes to file a motion for post-conviction relief, she should file that motion within the next 60 days, and the Clerk is directed to accept it for filing without charge.

Eighteen U.S.C. § 3006A(a)(2)(B) provides that whenever the Court determines that the interests of justice so require, counsel may be appointed for any financially eligible person who is seeking relief under § 2241, § 2254, or § 2255 of Title 28. Likewise, this Court's Criminal Justice Act Plan provides that when the interests of justice so require, counsel may be appointed to represent a person seeking relief under 28 U.S.C. § 2241, § 2254, or § 2255. The Court has no information as to the basis for Harris's motion and therefore cannot determine whether the interests of justice require that counsel be appointed for her. Accordingly, the motion for appointment of counsel is DENIED at this time. Document #61. However, after Harris has filed her motion, if she wishes to renew her motion for appointment of counsel, she may do so at that time and the Court will consider whether the interests of justice require appointment of counsel.

IT IS SO ORDERED this 10th day of March, 2009.

                                                  _____
                                                  J. LEON HOLMES
                                                  UNITED STATES DISTRICT JUDGE